MONMOUTH COUNTY ELECTRIC COMPANY, respondent,

*v.*

THOMAS P. McKENNA, appellant.

[Argued June 27th, 1905. Decided March 5th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Pitney, whose opinion is reported in *68 N. J. Eq. 160.*

*Messrs. Collins & Corbin,* for the appellant.

*Messrs. Grey, McDermott & Enright,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Pitney.

*For affirmance*—DIXON, FORT, GARRETSON, PITNEY, BOGERT, VROOM, GREEN, GRAY—8.

*For reversal*—THE CHIEF-JUSTICE, SWAYZE—2.